# RETAINER AGREEMENT

"ATTORNEY", and the undersigned "CLIENT" agree that Attorney shall represent client with respect to the bankruptcy matter noted below according to the following terms and conditions:

1. Attorney does not guarantee any specified result but will make best efforts to achieve resolution of the matter for the client.

2. Client agrees to pay for Attorney's services as follows: $ __1200.00__ for the preparation of the **Petition and Schedules for Chapter 7 Relief**, filing the same with the Bankruptcy Clerk, handling all communications with the Court, the Bankruptcy Clerk's Office, the Trustee, creditors and any other interested party involved in the matter, up to and including the original Trustee's meeting, entry of the Discharge and Final Decree, closing the case, as well as any subsequent matters of a minor nature involving access to schedules and records for use in post-bankruptcy matters. In the event of additional matters beyond the normal actions, Client will be charged $250.00 per hour for such additional services. Client will be charged $250.00 for attorney's appearance at a continued hearing or hearings. In the event of a conversion to Chapter 13 proceedings, a supplemental Retainer Agreement will be entered into between Client and Attorney.

3. The Client shall pay the filing fees at the time of filing in the amount of $ __338.00__ (cash, cashier's check or money order payable to the "Kurt D. Swinburnson", since this must be charged on my business credit card at the time of e-filing) for a Chapter 7 Petition, and any other fees involved in amendment filing or other matters.

4. The fee being paid hereunder for services noted is in recognition of the attorney's experience, reputation and ability, and have been earned by the attorney upon the filing of the Petition with the Bankruptcy Clerk.

5. Client has read this agreement and understands it.

6. Files will be maintained for a limited period of six (6) months after the matter has concluded. Clients wanting copies of any documentation contained therein must plan with the office for their retrieval prior to that time.

DATED: __21-MAY-2024__

_____   _____
Kurt D. Swinburnson, Attorney       Client